UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

In re:

    Gordon Jones and Vicki L Jones

    Debtors

Case Number: 19-00138-JMM

Chapter 11

### Notice of Motion for Approval of Sale of Property Free and Clear and Opportunity to Object and for a Hearing

<u>No Objection</u>. The Court may consider this request for an order without further notice or hearing unless a party in interest files an objection within 17 days of the date of service of this notice.

If an objection is not filed within the time permitted, the Court may consider that there is no opposition to the granting of the requested relief and may grant the relief without further notice or hearing.

<u>Objection</u>. Any objection shall set out the legal and/or factual basis for the objection. A copy of the objection shall be served on the movant.

<u>Hearing on Objection</u>. The objecting party shall also contact the Court's calendar clerk to schedule a hearing on the objection and file a separate notice of hearing.

### Motion

Gordon Jones and Vicki L Jones, debtors and debtors-in-possession ("Debtors") in the above captioned case, pursuant to 11 U.S.C. § 363(b) & (f) and LBR 2002.1, hereby submit this Motion for Approval of Sale of Property Free and Clear.

### Relevant Facts

**A. The Property**

Motion for Approval of Sale of Property Free & Clear

U.S. COURTS

MAR 13 2020

Rcvd_____ Filed____ Time 3:06
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

The property to be sold is real property located at 3947 N Reed St, Garden City, ID 83714 [including the mobile home appurtenant to the property] ("Property"), more particularly described as:

> LOT 9 EXC NE 10' FOR ROAD BLK 1 FAIRVIEW ACRES SUB 7;
>
> 1968 DIPLOMAT 20 X 43 VIN 6HD4320F2S5828 TTL A3038791;
>
> Ada County Parcel No.: R2734560080 / MDIPL682001

**B.  Time/Place of Sale**

Pending Court approval, the Property will be sold via private sale with a closing date of April 6, 2020. Closing shall take place at Title One Corp in Boise, ID.

**C.  Sale Terms/Purchaser**

The sale shall be a cash sale of $240,000 with $1,000 refundable earnest money and the balance due at closing. The name of purchaser with the pending offer is Kevin Hawk, who has no connection to the Debtors. Debtors received the unsolicited offer directly from the purchaser in February 2020.

**D.  Sale Free and Clear**

The Property shall be sold free and clear of any interests, liens or encumbrances with any such interests attaching to the proceeds of the sale. Because the party [Gene Louie] holding the first [and only] lien (other than statutory lien(s) for past due property tax) against the Property, consents to the sale, the sale is authorized pursuant to 11 U.S.C. § 363(f)(2).

**E.  Market Value**

The estimated fair market value of the Property is $235,000-$240,000 (listed at $235,000 on the Debtors' schedules). The basis for this estimation is gleaned from the Debtor's [Gordon

Jones'] knowledge and experience in dealing with real estate as well as the opinions of multiple Boise, Idaho-based Realtors.

**F. Liens**

The approximate amount of each lien against the Property and the identity of each lienholder are as follows:

> Ada County Treasurer (past due property taxes) - $4,000
>
> Gene Louie (note/deed of trust) - $290,000 *(bifurcated claim in this Bankruptcy Case with $235,000 being secured)*

**G. Proceeds Disposition**

The disposition of proceeds from the sale shall be as follows (final amounts shall be listed in the statement of sale that is to be filed with the Court):

> Closing costs (approx. $500 - $1,000)
>
> Ada County Treasurer (approx. $4,000)
>
> Gene Louie (remaining balance of proceeds, approx. $235,000)

**H. Objection Deadline**

Objections to this proposed sale must be filed with the Court no later than March 30, 2020 and served upon the Debtors:

> Gordon Jones and Vicki Jones
>
> 8840 W River Beach Ln
>
> Garden City, ID 83714

### Notified Parties

The Debtors have provided notice of this motion to the Office of the United States Trustee for the District of Idaho, the Ada County Treasurer's Office and Gene Louie and submit that no other or further notice is necessary under the circumstances.

### Conclusion

WHEREFORE, based upon the facts stated above, the Debtors respectfully request that, pursuant to 11 U.S.C. § 363(b) & (f) and LBR 2002.1, the Court enter an order approving the sale of the Property to Kevin Hawk free and clear of liens, interests and encumbrances.

Dated: March 13, 2020

_____
Gordon Jones

_____
Vicki L Jones

## CERTIFICATE OF SERVICE

I, Gordon Jones, do hereby certify that on the 13th day of March, 2020, I caused to be served a true and correct copy of the foregoing document by the method(s) indicated below, and addressed to the following:

| | | |
|---|---|---|
| Office of the United States Trustee<br>720 E Park Blvd Ste 220<br>Boise, ID 83712 | X | First Class Mail |
| Ada County Treasurer's Office<br>200 W Front St<br>PO Box 2868<br>Boise, ID 83702 | X | First Class Mail |
| Gene Louie<br>3220 Tamarack Dr<br>Boise, ID 83703 | X | First Class Mail |

_____
Gordon Jones