BART M. DAVIS, ID STATE BAR NO. 2696
UNITED STATES ATTORNEY
**WILLIAM M. HUMPHRIES, WA STATE BAR NO. 44452**
**ASSISTANT UNITED STATES ATTORNEY**
DISTRICT OF IDAHO
1290 W. MYRTLE ST. SUITE 500
BOISE, ID 83702-7788
TELEPHONE: (208) 334-1211
FACSIMILE:  (208) 334-9375
EMAIL: Bill.Humphries@usdoj.gov

Attorneys for the United States of America on behalf of the Internal Revenue Service

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

In Re:

GORDON JONES AND VICKI L. JONES,

Debtors.

Case No. 19-00138-JMM

Chapter 11

**LIMITED OBJECTION TO AMENDED PLAN FILED ON SEPTEMBER 15, 2020**

COMES NOW the United States of America on behalf of its agency the Internal Revenue Service ("IRS"), which is part of the U.S. Department of Treasury, by and through Bart M. Davis, the U.S. Attorney for the District of Idaho, and the undersigned Assistant United States Attorney, and files this limited objection to Gordon and Vicki Jones' ("Debtors") *Debtors' Amended Plan of Reorganization [as modified September 15, 2020]* filed at ECF No. 161 ("Plan").

The IRS objects because the Plan should include clarifying language regarding the possibility of the IRS performing audits of Debtors' tax returns and then being assessed tax and other amounts resulting from such audits. Audits may or may not occur. It is unknown at this time. But, based on prior chapter 11 plans and objections (e.g., ECF No. 139) in this case, the Court is aware that Debtors did not file prepetition tax returns related to many years until

recently. The IRS has amended its proof of claim based on those recently filed returns. *See* Proof of Claim 6 (filed Sep. 14, 2020). Notwithstanding, the IRS has not fully processed the returns and audits might occur.

Recognizing that possibility, the IRS believes it is appropriate, and thus requests, to include in the Plan or a confirmation order the following language:

> The following applies notwithstanding any other provision in the Plan or the Bankruptcy Code:
>
>> Debtors acknowledge that they recently filed tax returns for multiple prepetition years. The IRS amended its claim to reflect the amounts in those recently filed tax returns. Notwithstanding, the IRS may assess taxes, penalties, and/or interest for prepetition tax years, which could occur if an audit ensues and the audit results in a conclusion that taxes and other amounts are due. If that occurs, such taxes, penalties, and/or interest shall be paid in full (with applicable interest) no later than: (1) 450 days after the Effective Date, if such taxes, penalties, and/or interest amounts are assessed before that time, or (2) five years from the date the petition was filed if such taxes, penalties, and/or interest amounts are assessed after the 450-day period just mentioned.

For the reasons articulated above, the IRS files this limited objection to confirmation of the Plan.

DATED this 21st day of September, 2020.

        BART M. DAVIS
        UNITED STATES ATTORNEY
        By


        /s/_____
        WILLIAM M. HUMPHRIES
        ASSISTANT UNITED STATES ATTORNEY

LIMITED OBJECTION TO AMENDED PLAN FILED ON SEPTEMBER 15, 2020 - 2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 21, 2020, the foregoing **LIMITED OBJECTION TO AMENDED PLAN FILED ON SEPTEMBER 15, 2020** was electronically filed with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following person(s):

Brett R. Cahoon
David W. Newman
ustp.region18.bs.ecf@usdoj.gov

Jesse A.P. Baker
Lesley Bohleber
ecfidb@aldridgepite.com

Matthew T. Christensen
mtc@angstman.com

Patrick J. Geile
pgeile@foleyfreeman.com

Amber K. Kauffman
amber.kauffman@tax.idaho.gov

David T Krueck
dtk@elamburke.com

Kelly Greene McConnell
litigation@givenspursley.com

Derrick J O'Neill
doneill@idalaw.com

Jon M Steele
JSteele@runftsteele.com

And, I hereby certify that the following listed non-registered CM/ECF participants were served by:

Gordon Jones
Vicki L. Jones
8840 W. River Beach Ln.
Garden City, ID 83714

/s/ _____
William M. Humphries
Assistant United States Attorney

LIMITED OBJECTION TO AMENDED PLAN FILED ON SEPTEMBER 15, 2020 - 3