Amber N. Dina, ISB No. 7708
GIVENS PURSLEY LLP
601 W. Bannock Street
Post Office Box 2720
Boise, Idaho  83701-2720
Telephone  (208) 388-1200
Facsimile  (208) 388-1300
amberdina@givenspursley.com
16059132.1

*Attorneys for Secured Creditors James Belenis and Curtis Chong*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In Re:<br><br>GORDON JONES and VICKI L. JONES<br><br>Debtors. | Case No. 19-00138-JMM<br>Chapter 11 |

**NOTICE OF DEBTOR'S FAILURE TO CURE DEFAULT OF CONFIRMED PLAN**

NOTICE IS HEREBY GIVEN BY creditors James Belenis and Curtis Chong (collectively "Belenis"), by and through their undersigned counsel of record, Givens Pursley LLP, that on February 9, 2022, Belenis notified debtors Gordon Jones and Vicki L. Jones (collectively the "Debtor") of a default under the Debtor's Amended Plan of Reorganization [as Modified September 15, 2020] (Dkt. 161) ("Plan"). The Plan was confirmed by this Court on October 7, 2020.  *See* Dkt. 173. The Debtor has failed to cure the default identified by Belenis within thirty (30) days after Belenis' written notice.  Accordingly, pursuant to the Plan, Article XVII(N), Debtor is hereby in default of the Plan.  Belenis intends to exercise all rights and remedies available under the Plan or by law.

**NOTICE OF DEBTOR'S FAILURE TO CURE DEFAULT OF CONFIRMED PLAN - 1**

DATED this 16th day of March, 2022.

                                                                                                                                              GIVENS PURSLEY LLP

                                        By */s/ Amber N. Dina*
                                                  Amber N. Dina – Of the Firm
                                                  Attorneys for James Belenis and Curtis Chong

**NOTICE OF DEBTOR'S FAILURE TO CURE DEFAULT OF CONFIRMED PLAN - 2**

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on the 16th day of March, 2022, I filed the foregoing **NOTICE OF DEBTOR'S FAILURE TO CURE DEFAULT OF CONFIRMED PLAN** electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

**Brett R. Cahoon**
ustp.region18.bs.ecf@usdoj.gov

**U.S. Trustee**
ustp.region18.bs.ecf@usdoj.gov

**Jesse A.P. Baker**
ecfidb@aldridgepite.com
JPB@ecf.courtdrive.com

**Lesley D. Bohleber**
lbohleber@bskd.com
psutton@bskd.com
vbraxton@bskd.com
mbeck@bskd.com

**Matthew T. Christensen**
mtc@johnsonmaylaw.com
mtcecf@gmail.com
mar@johnsonmaylaw.com
mla@johnsonmaylaw.com
acs@johnsonmaylaw.com
ecf@johnsonmaylaw.com
atty_christensen@bluestylus.com
christensenmr81164@notify.bestcase.com

**William M. Humphries**
bill.humphries@usdoj.gov
jessica.black@usdoj.gov

**David T. Krueck**
dkrueck@perkinscoie.com
lbush@perkinscoie.com

**David Wayne Newman**
david.w.newman@usdoj.gov
ustp.region18.bs.ecf@usdoj.gov

**Derrick J. O'Neill**
doneill@idalaw.com
mmills@idalaw.com

**Jon M. Steele**
JSteele@runftsteele.com,
TWiggs@runftsteele.com

     AND, I FURTHER CERTIFY that on such date I served the foregoing **NOTICE OF DEBTOR'S FAILURE TO CURE DEFAULT OF CONFIRMED PLAN** on the following non-CM/ECF Registered Participants in the manner indicated:

Gordon Jones
Vicki L. Jones
8840 W. River Beach Lane
Garden City, ID 83714

(X) U.S. Mail, Postage Prepaid
( ) Hand Delivered
( ) Overnight Mail
( ) Facsimile

**NOTICE OF DEBTOR'S FAILURE TO CURE DEFAULT OF CONFIRMED PLAN - 3**

| | |
|---|---|
| Michael Ballantyne<br>Thornton Oliver Keller<br>250 S. Fifth Street, 2nd Floor<br>Boise, ID 83702 | (X) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>( ) Facsimile |
| Morris Grigg<br>Grigg, Bratton and Brash P.C.<br>4487 N Dresden Place, Ste 101<br>Boise, ID 83714 | (X) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>( ) Facsimile |
| Idaho State Tax Commission<br>P.O. Box 36<br>Boise, ID 83722-0410 | (X) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>( ) Facsimile |
| Richard L. Zamzow<br>11555 Thomas Dr<br>Boise, ID 83709 | (X) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>( ) Facsimile |

                                              */s/ Amber N. Dina*
                                              Amber N. Dina

**NOTICE OF DEBTOR'S FAILURE TO CURE DEFAULT OF CONFIRMED PLAN - 4**