UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

In re: Gordon Jones and Vicki L Jones                  §       Case No. 19-00138
                                                       §
_____                        §
            Debtor(s)                                  §       ☐ Jointly Administered

## Post-confirmation Report                                                          Chapter 11

Quarter Ending Date: 03/31/2022                        Petition Date: 02/14/2019

Plan Confirmed Date: 10/07/2020                        Plan Effective Date: 11/06/2020

This Post-confirmation Report relates to: ● Reorganized Debtor
                                          ○ Other Authorized Party or Entity: _____
                                                                               Name of Authorized Party or Entity

**U.S. COURTS**

APR 27 2022

Rcvd_____ Filed____ Time 11:05am
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

/s/ Gordon Jones                                       Gordon Jones
Signature of Responsible Party                         Printed Name of Responsible Party

04/26/2022
Date   4/26/2022

                                                       8840 W River Beach Ln, Garden City, ID 83714
                                                       Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-PCR (06/07/2021)                      1

Debtor's Name Gordon Jones and Vicki L Jones                                   Case No. 19-00138

## Part 1: Summary of Post-confirmation Transfers

|  | Current Quarter | Total Since Effective Date |
|---|---|---|
| a. Total cash disbursements | $77,129 | $337,855 |
| b. Non-cash securities transferred | $0 | $0 |
| c. Other non-cash property transferred | $0 | $0 |
| d. Total transferred (a+b+c) | $77,129 | $337,855 |

## Part 2: Preconfirmation Professional Fees and Expenses

| | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Professional fees & expenses (bankruptcy) incurred by or on behalf of the debtor    *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| | i | | | | | |
| | ii | | | | | |

| | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Professional fees & expenses (nonbankruptcy) incurred by or on behalf of the debtor   *Aggregate Total* | | $0 | $0 | $0 | $6,700 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| | i  Grigg, Bratton & Brash, P.C. | Financial Professional | $0 | $0 | $0 | $6,700 |
| | ii | | $0 | $0 | $0 | |
| c. | All professional fees and expenses (debtor & committees) | | | | | |

## Part 3: Recoveries of the Holders of Claims and Interests under Confirmed Plan

| | Total Anticipated Payments Under Plan | Paid Current Quarter | Paid Cumulative | Allowed Claims | % Paid of Allowed Claims |
|---|---|---|---|---|---|
| a. Administrative claims | $0 | $0 | $0 | $0 | 0% |
| b. Secured claims | $1,573,048 | $10,731 | $121,815 | $1,573,048 | 8% |
| c. Priority claims | $0 | $0 | $0 | $0 | 0% |
| d. General unsecured claims | $4,014,058 | $0 | $0 | $4,014,058 | 0% |
| e. Equity interests | $0 | $0 | $0 | | |

## Part 4: Questionnaire

a. Is this a final report?                                                                                               Yes ○  No ●
    If yes, give date Final Decree was entered:
    If no, give date when the application for Final Decree is anticipated:   06/30/2022
b. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?    Yes ●  No ○

UST Form 11-PCR (06/07/2021)                                      2

Debtor's Name Gordon Jones and Vicki L Jones                                    Case No. 19-00138

## Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information and provision of this information is mandatory. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6) and to otherwise evaluate whether a reorganized chapter 11 debtor is performing as anticipated under a confirmed plan. Disclosure of this information may be to a bankruptcy trustee when the information is needed to perform the trustee's duties, or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case, or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Post-confirmation Report and its attachments, if any, are true and correct and that I have been authorized to sign this report.**

/s/ Gordon Jones                                                Gordon Jones
Signature of Responsible Party                                  Printed Name of Responsible Party

Reorganized Debtor                                              04/26/2022
Title                                                           Date 4/26/2022

UST Form 11-PCR (06/07/2021)                        3