# UNITED STATES BANKRUPTCY COURT
## *District of Idaho*

| | |
|---|---|
| In Re: ) | |
| ) | |
| Gordon Jones ) | Case No.: 19−00138−JMM |
| dba Gordon Jones, Inc., dba Gordon Jones ) | Chapter: 7 |
| Construction ) | |
| 8840 W. River Beach Ln. ) | **NOTICE FIXING TIME** |
| Garden City, ID 83714 ) | **FOR FILING REQUEST** |
| ) | **FOR PAYMENT OF AN** |
| Social Security No.: xxx−xx−5886 ) | **ADMINISTRATIVE** |
| Employer's Tax I.D. No.: 82−0359681 ) | **EXPENSE** |
| ) | |
| Vicki L Jones ) | |
| aka Vicki Jones, dba Gordon Jones ) | |
| Construction, dba Gordon Jones Inc ) | |
| 8840 W. River Beach Ln. ) | |
| Garden City, ID 83714 ) | |
| | |
| Social Security No.: xxx−xx−1137 | |
| Employer's Tax I.D. No.: 82−0359681 | |
| | |
| Debtor(s) | |

_____

### *NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST*

   NOTICE is hereby given that a bankruptcy case concerning the debtor(s) listed above was previously filed under Chapter 11 and was converted to a case under Chapter 7 on 5/9/22 .

   Pursuant to LBR 1019.1, all applications for allowance of administrative expenses in the original case, other than those of a governmental unit, shall be filed by 8/8/22 .

   Papers must be received by the bankruptcy clerk's office by the aforementioned deadline.


Dated: 5/23/22                                                                                  Stephen W Kenyon
                                                                                                         Clerk of the Bankruptcy Court